**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR522** |
| **Plaintiff,** | ) | |
| vs. | ) | **JUDGMENT** |
| **ALEX JOSUE PINEDA-CARTAGENA,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to vacate (Filing No. 26).

IT IS ORDERED that the Defendant's motion to vacate under 28 U.S.C. § 2255 (Filing No. 26) is summarily denied.

DATED this 8th day of June, 2005.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge